IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL LEOPOLD,

      Plaintiff,                   No. 2:11-cv-0846 JFM (PC)

    vs.

A. NANGALAMA,

      Defendant.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). <u>See</u> Consent filed May 6, 2011.

        By order filed February 1, 2011, plaintiff was granted thirty days in which to file an application to proceed in forma pauperis or to pay the filing fee for this action. Plaintiff was cautioned that failure to comply with that order might result in the dismissal of this action. The thirty day period has now expired, and plaintiff has not paid the filing fee, filed an in forma pauperis application, or otherwise responded to the court's order.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: June 20, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12
leop0846.fifp