IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL LEOPOLD,

    Plaintiff,                    No. 2:11-cv-0846 JFM (PC)

    vs.

A. NANGALAMA,

    Defendant.                 ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On April 30, 2012, plaintiff filed a motion for a sixty day extension of time to conduct discovery in this action.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Within ten days from the date of this order defendants shall file and serve a response to plaintiff's April 30, 2012 motion; and

/////

/////

/////

/////

/////

1

2. Plaintiff's reply, if any, shall be filed and served not later than ten days thereafter.

DATED: May 2, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
leop0846.36dsc